# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONN MICHAEL'S SALON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**<br><br>Defendant. | Civil Action No. 3:21-CV-01870-MEM |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P 41(a)(1)A)(i)

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), the plaintiff, Donn Michael's Salon, Inc., through his counsel Schmidt Kramer, P.C., hereby gives notice that the above captioned matter is voluntarily dismissed, without prejudice against the defendants.

Respectfully submitted,

**SCHMIDT KRAMER PC**

By: _/s/ Scott B. Cooper_
Scott B. Cooper
ID # 70242
209 State Street
Harrisburg, PA 17101
717-232-6300
Attorney for Plaintiff

Dated: 01/23/2023

## CERTIFICATE OF SERVICE

AND NOW, this 23rd day of January, 2023, I, Jessica Vizcaino, an employee of Schmidt Kramer PC, hereby certify that I have this day served a true and correct copy of the foregoing document by email, addressed to:

Nicholas A. Cummins, Esquire
Bennett Bricklin & Saltzburg
1500 Market St., 32nd Fl.
Philadelphia, PA  19102,
Attorney for: Nationwide Insurance Company;

By: */s/ Jessica Vizcaino*
 Jessica Vizcaino